UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF NORTH CAROLINA
                          WESTERN DIVISION

                       NO: 5:16-CV-00732-D

UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )    ENTRY OF DEFAULT
      v.                     )
                             )
BERNICE KING, et al.,        )
                             )
            Defendants.      )


     Upon motion, request, and proper showing by attorney for the Plaintiff, United States of America, the defendants Bernice King and Donald King ("Defendants"), having failed to appear, plead, or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure, default is hereby entered against Defendants.

     This 22nd day of November, 2016.


                                   _____
                                   Julie Richards Johnston, Clerk
                                   United States District Court