UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-CV-732-D

UNITED STATES OF AMERICA, )
)
Plaintiff, )        DEFAULT JUDGMENT
)
v. )
)
BERNICE KING et al, )
)
Defendant. )

UPON CONSIDERATION OF the Plaintiff's Motion for Default Judgment, and the entire record,

IT IS HEREBY ORDERED that Plaintiff's Motion for Default Judgment is GRANTED;

IT IS FURTHER ORDERED that Judgment by Default is hereby entered against Defendant for failure of answer and in favor of Plaintiff, the United States of America, against Defendants in the principal amount of $66,291.29 with interest of $4,484.01 accrued as of April 19, 2016, plus interest accruing thereafter at a rate of 3.625%, together with present and future costs and disbursements incurred by Plaintiff in this action;

IT IS FURTHER ORDERED that interest after date of entry of this judgment shall be at the rate of _the applicable judgment rate._

IT IS FURTHER ORDERED that the Plaintiff's Deeds of Trust and Security Agreements be foreclosed and that all right, title, and interest of Defendants or any persons holding by, through, or under them, including any equity or redemption or rights of power, and rights of any junior lienholders, be forever barred in and to the aforesaid real and personal property;

IT IS FURTHER ORDERED that the United States Marshal enter upon the land of Defendants, or other location, to seize the collateral for the aforesaid loans;

IT IS FURTHER ORDERED that upon foreclosure and possession, the said premises be sold by the United States Marshal in any commercially reasonable manner, including using a broker to assist in the sale of the property;

IT IS FURTHER ORDERED that out of the proceeds of said sale, after payments of costs associated with the sale, Plaintiff be paid the amount thereof on its claim above described; and

SO ORDERED. This **20** day of December 2016.

JAMES C. DEVER III
Chief United States District Judge